UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>Defendant | Case No. 3:19-cv-00624-RFB-WGC<br><br>ORDER |

**I.  DISCUSSION**

On October 15, 2019, this Court ordered Plaintiff to file a complaint and a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On November 6, 2019, Plaintiff filed a motion for an extension of time to comply with ECF No. 3 order because he had not received his required financial documents from the NDOC yet. (ECF No. 4 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a complaint and a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Monday, December 16, 2019.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Monday, December 16, 2019**, Plaintiff will submit a complaint to this Court.

IT IS FURTHER ORDERED that on or before **Monday, December 16, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: November 13, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE